UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSURX, INC.<br><br>    Plaintiff,<br><br>v.<br><br>METRICSTREAM, INC.,<br><br>    Defendant. | Case No. C06-02109 CRB<br><br>STIPULATION AND ORDER POSTPONING CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES |

WHEREAS:

    A.    The parties have settled this case in principle, and are in the process of negotiating the terms of a written settlement agreement;

    B.    It appears unlikely that the parties will have completed the negotiation and execution of a written settlement agreement before the June 16, 2006 deadline for completing initial disclosures and filing a Case Management Statement and Rule 26(f) Report, and those activities may not even have been competed by the June 23, 2006 date for the Case Management Conference;

    C.    Given the agreement in principle to settle this case, the parties seek to avoid the expense and inconvenience to themselves and the inconvenience to the Court of complying with the above deadlines and attending the Case Management Conference, and also the expense associated with the filing of a response to the complaint;

    D.    The parties have accordingly agreed that: (1) the dates in Recital B may be extended to enable them to complete the negotiation and execution of a

written settlement agreement, in which event the action will be dismissed; and (2) the date for Metricstream, Inc. to respond to the complaint may be extended to July 14, 2006:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1.  The last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) shall be postponed to July 28, 2006;

2.  The Case Management Conference shall be postponed to August 4, 2006, at 8.30 a.m. in Courtroom 8 of this Court, 19th Floor, 450 Golden Gate Avenue, San Francisco; and,

3.  Defendant Metricstream, Inc. shall have until July 14, 2006 to respond to the complaint.

DATE: June  14, 2006                              CARR & FERRELL LLP


                                                  By:_____
                                                       STUART C. CLARK

                                                  Attorneys for Assurx, Inc.

DATE: June       , 2006                                    FENWICK & WEST LLP


                                                           By:_____
                                                              RODGER R. COLE

                                                           Attorneys for Metricstream, Inc.


   PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

DATED:   June   16, 2006



                                                           _____
                                                           CHARLES R. BREYER
                                                           DISTRICT JUDGE

Submitted by:

ROBERT J. YORIO (#93178)
STUART C. CLARK (#124152)
JOI WHITE (#205198)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone:  (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for plaintiff AssurX, Inc.