EXHIBIT A

In The United States District Court
For The Northern District of California
San Francisco Division

| | |
|---|---|
| AssurX, Inc., | ) |
| Plaintiff, | ) Civil Action No. CV 06-2109 CRB |
| | ) |
| v. | ) The Honorable Charles R. Breyer |
| | ) |
| MetricStream, Inc., | ) |
| Defendant. | ) |

**STIPULATED ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, AssurX, Inc., and Defendant, MetricStream, Inc., hereby stipulate that the above action shall be dismissed with prejudice. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

**SO STIPULATED:**

Date: August 3, 2006

Robert J. Yorio, Esq.
Stuart C. Clark, Esq.
Joi A. White, Esq.
Carr & Ferrell, LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: 650-812-3400
Facsimile: 650-812-3444

*Attorneys for Plaintiff, AssurX, Inc.*

Date: August 3, 2006

Rodger R. Cole, Esq.
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: 650-988-8500
Facsimile: 650-938-5200

*Attorneys for Defendant, MetricStream, Inc.*

**SO ORDERED:**

Dated: August 04, 2006

IT IS SO ORDERED
Judge Charles R. Breyer